BRIAN P. WORTHINGTON, ESQ. (Bar No. 179590)
RYAN MERCALDO & WORTHINGTON LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700; Facsimile (858) 455-8701
bworthington@rmwfirm.com

MARK A. HOOPER, ESQ. (Bar No. 173979)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8050; Facsimile (312) 466-8055
mark.hooper@rsg-law.com

Attorneys for Plaintiff, LINCOLN GENERAL INSURANCE COMPANY

MARK J. DEREWETSKY, ESQ. (Bar No. 130944)
TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 466-6318; Facsimile (510) 466-6319
mjd@trenklawfirm.com

Attorneys for Defendant HABITAT CONSTRUCTION, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MARK RAYMOND KENNEDY, individually and Doing Business As STONEY FALLS TILE; VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; HABITAT MANAGEMENT AND DEVELOPMENT COMPANY, INC.; PICO RANCH, INC.; HABITAT CONSTRUCTION, INC.; DOES 1 THROUGH 10,<br><br>　　　　　　　Defendants. | CASE NO. 2:12-CV-02311-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE RESPONSIVE PLEADING DEADLINE FOR HABITAT CONSTRUCTION, INC.** |

**RECITALS**

1. On September 7, 2012, Plaintiff, Lincoln General Insurance Company ("Lincoln"), filed the Complaint.

2. On September 20, 2012, Defendant Habitat Construction, Inc. ("Habitat Construction") was served with process of the Summons and Complaint.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Habitat Construction is required to respond to Lincoln's Complaint within 21-days after service. The deadline for Habitat Construction to respond to the Complaint was October 11, 2012.

4. This lawsuit involves Lincoln's claims for declaratory relief as to its obligations, if any, to defend and/or indemnify its insured(s) in an underlying lawsuit filed by Vintage Oaks Office Park Building 14 & 15 Association ("Vintage").

5. Counsel for Habitat Construction contacted Lincoln's counsel on October 12, 2012 and requested a two-week extension in which to file a responsive pleading, so that they can evaluate the case and provide the appropriate responsive pleading. Lincoln has agreed to that extension.

6. The case is in its early stages. Only one other Defendant, Vintage, has appeared in the action through an answer filed in the last several days. There will be no delay in these proceedings if the extension is permitted. This is the first stipulation for an extension for Habitat Construction to respond to the Complaint.

7. Therefore, it is hereby stipulated by and between Lincoln and Habitat Construction that Habitat Construction may have a two-week extension of time to respond to the Complaint on file herein, to and including October 25, 2012.

**STIPULATION**

WHEREFORE, Lincoln and Habitat Construction, by and through their respective counsel, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

Defendant Habitat Construction, Inc. shall have a two-week extension of time within which it must respond to the Complaint on file herein, to and including October 25, 2012.

Dated: October 12, 2012                       RYAN MERCALDO & WORTHINGTON LLP

By:   */s/ Brian P. Worthington*
Brian P. Worthington, Esq.
Attorneys for Plaintiff,
LINCOLN GENERAL INSURANCE COMPANY

Dated: October 12, 2012                       TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.

By:   */s/ Marc J. Derewetzky*
Marc J. Derewetzky, Esq.
Attorneys for Defendant HABITAT CONSTRUCTION, INC.

### ORDER

IT IS HEREBY ORDERED that Defendant Habitat Construction, Inc. shall have a two-week extension of time within which it must respond to the Complaint on file herein, to and including October 25, 2012.

IT IS SO ORDERED.

**Date:  10/16/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge