1  NORMAN A. RYAN, ESQ. (Bar No. 116175)
   RYAN MERCALDO LLP
2  3636 Nobel Drive, Suite 200
   San Diego, California  92122
3  (858) 455-8700; Facsimile (858) 455-8701
   nryan@ryanmercaldolaw.com
4
   MARK A. HOOPER, ESQ. (Bar No. 173979)
5  RUBERRY, STALMACK & GARVEY, LLC
   500 West Madison Street, Suite 2300
6  Chicago, IL 60661
   (312) 466-8050; Facsimile (312) 466-8055
7  mark.hooper@rsg-law.com

8  Attorneys for Plaintiff/Counter-Defendant,
   LINCOLN GENERAL INSURANCE COMPANY
9

10                 **UNITED STATES DISTRICT COURT**

11          **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

12  | LINCOLN GENERAL INSURANCE COMPANY, | CASE NO.  2:12-CV-02311-GEB-DAD |
    |---|---|
    | Plaintiff, | STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE |
    | v. | |
    | MARK RAYMOND KENNEDY, individually and Doing Business As STONEY FALLS TILE; VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; HABITAT MANAGEMENT AND DEVELOPMENT, INC.; PICO RANCH, INC.; HABITAT CONSTRUCTION, INC.; DOES 1 THROUGH 10, | |
    | Defendants. | |
    | AND ALL RELATED COUNTER-ACTIONS. | |

        Plaintiff/Counter-Defendant, LINCOLN GENERAL INSURANCE COMPANY,

Defendant/Counter-Claimant, HABITAT CONSTRUCTION, INC., and Defendant,

VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, (collectively

"Parties") hereby stipulate and agree that the Status (Pretrial Scheduling) Conference

/ / /

-1-

Stipulation to Continue the Status (Pretrial Scheduling) Conference

currently set for January 28, 2013 be continued to March 14, 2013 for good cause as follows:

1. A Status (Pretrial Scheduling) Conference is currently scheduled for January 28, 2013 at 9:00 a.m.;
2. The Parties are in settlement discussions and are making progress in resolving their dispute;
3. In order to continue settlement discussions, the Parties stipulate to continue the Status (Pretrial Scheduling) Conference by 45-days to a date set by the Court; and
4. This is the first extension of time for the scheduling of the Status (Pretrial Scheduling) Conference sought by the Parties.

Dated:  January 14, 2013              RYAN MERCALDO LLP

     /s/ Norman A. Ryan
NORMAN A. RYAN
Attorney for Plaintiff/Counter-Defendant,
LINCOLN GENERAL INSURANCE COMPANY

Dated:  January 14, 2013              FENTON GRANT MAYFIELD KANEDA & LITT LLP

     /s/  Joseph Kaneda
JOSEPH KANEDA
Attorney for Defendant,
VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION

Dated:  January 14, 2013              TRENK DIPASQUALE DELLA FERRA & SODONO, P.C.

     /s/ Marc Derewetzky
Marc J. Derewetzky
Attorney for Defendant/Counter-Claimant,
HABITAT CONSTRUCTION, INC.

/ / /

/ / /

/ / /

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Status (Pretrial Scheduling) Conference, currently set for January 28, 2013, is continued to March 25, 2013, at 9:00 a.m. in Courtroom 10 before the Honorable Garland E. Burrell, Jr.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  1/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue the Status (Pretrial Scheduling) Conference