NORMAN A. RYAN, ESQ. (Bar No. 116175)
RYAN MERCALDO LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700; Facsimile (858) 455-8701
nryan@ryanmercaldolaw.com

MARK A. HOOPER, ESQ. (Bar No. 173979)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8050; Facsimile (312) 466-8055
mark.hooper@rsg-law.com

Attorneys for Plaintiff/Counter-Defendant,
LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARK RAYMOND KENNEDY, individually and Doing Business As STONEY FALLS TILE; VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; HABITAT MANAGEMENT AND DEVELOPMENT, INC.; PICO RANCH, INC.; HABITAT CONSTRUCTION, INC.; DOES 1 THROUGH 10,<br><br>　　　　　　Defendants.<br><br>AND ALL RELATED COUNTER-ACTIONS. | CASE NO.  2:12-CV-02311-GEB-DAD<br><br>STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff/Counter-Defendant, LINCOLN GENERAL INSURANCE COMPANY, Defendant/Counter-Claimant, HABITAT CONSTRUCTION, INC., and Defendant, VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, (collectively "Parties") hereby stipulate and agree that the Status (Pretrial Scheduling) Conference

/ / /

currently set for January 28, 2013 be continued to March 14, 2013 for good cause as follows:

1. A Status (Pretrial Scheduling) Conference is currently scheduled for January 28, 2013 at 9:00 a.m.;
2. The Parties are in settlement discussions and are making progress in resolving their dispute;
3. In order to continue settlement discussions, the Parties stipulate to continue the Status (Pretrial Scheduling) Conference by 45-days to a date set by the Court; and
4. This is the first extension of time for the scheduling of the Status (Pretrial Scheduling) Conference sought by the Parties.

Dated: January 14, 2013    RYAN MERCALDO LLP

  /s/ Norman A. Ryan
NORMAN A. RYAN
Attorney for Plaintiff/Counter-Defendant,
LINCOLN GENERAL INSURANCE COMPANY

Dated: January 14, 2013    FENTON GRANT MAYFIELD KANEDA & LITT LLP

  /s/  Joseph Kaneda
JOSEPH KANEDA
Attorney for Defendant,
VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION

Dated: January 14, 2013    TRENK DIPASQUALE DELLA FERRA & SODONO, P.C.

  /s/ Marc Derewetzky
Marc J. Derewetzky
Attorney for Defendant/Counter-Claimant,
HABITAT CONSTRUCTION, INC.

/ / /

/ / /

/ / /

Stipulation to Continue the Status (Pretrial Scheduling) Conference

## ORDER

Pursuant to the Parties' stipulation and good cause appearing, the Status (Pretrial Scheduling) Conference, currently set for January 28, 2013, is continued to March 25, 2013, at 9:00 a.m. in Courtroom 10 before the Honorable Garland E. Burrell, Jr.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  1/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge