NORMAN A. RYAN, ESQ. (Bar No. 116175)
RYAN MERCALDO LLP
3636 Nobel Drive, Suite 200
San Diego, California  92122
(858) 455-8700; Facsimile (858) 455-8701
nryan@ryanmercaldolaw.com

MARK A. HOOPER, ESQ. (Bar No. 173979)
RUBERRY, STALMACK & GARVEY, LLC
500 West Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8050; Facsimile (312) 466-8055
mark.hooper@rsg-law.com

Attorneys for Plaintiff/Counter-Defendant,
LINCOLN GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LINCOLN GENERAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK RAYMOND KENNEDY, individually and Doing Business As STONEY FALLS TILE; VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, a California Nonprofit Mutual Benefit Corporation; HABITAT MANAGEMENT AND DEVELOPMENT, INC.; PICO RANCH, INC.; HABITAT CONSTRUCTION, INC.; DOES 1 THROUGH 10,<br><br>                    Defendants.<br><br>AND ALL RELATED COUNTER-ACTIONS. | CASE NO.  2:12-CV-02311-GEB-DAD<br><br>STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff/Counter-Defendant, LINCOLN GENERAL INSURANCE COMPANY, Defendant/Counter-Claimant, HABITAT CONSTRUCTION, INC., and Defendant, VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION, (collectively "Parties") hereby stipulate and agree that the Status (Pretrial Scheduling) Conference

/ / /

-1-

currently set for March 25, 2013 be continued to May 9, 2013, or to day set by the Court, for good cause as follows:

1. A Status (Pretrial Scheduling) Conference is currently scheduled for March 25, 2013 at 9:00 a.m.;

2. The Parties have negotiated settlement which is contingent upon the parties' compliance with the settlement terms in the underlying construction defect action entitled <u>Vintage Oaks Office Park Building 14 & 15 v. Habitat</u>, bearing Placer County Superior Court case number S-CV-0024958 (hereafter "Underlying Action");

3. In order to allow parties time to comply with the settlement terms in the Underlying Action, the Parties stipulate to continue the Status (Pretrial Scheduling) Conference by 45-days to a date set by the Court; and

4. This is the second extension of time for the scheduling of the Status (Pretrial Scheduling) Conference sought by the Parties.

Dated: March 14, 2013         RYAN MERCALDO LLP

                              /s/ Norman A. Ryan
                              NORMAN A. RYAN
                              Attorney for Plaintiff/Counter-Defendant,
                              LINCOLN GENERAL INSURANCE COMPANY

Dated: March 14, 2013         FENTON GRANT MAYFIELD KANEDA & LITT LLP

                              /s/ Joseph Kaneda
                              JOSEPH KANEDA
                              Attorney for Defendant,
                              VINTAGE OAKS OFFICE PARK BUILDING 14 & 15 ASSOCIATION

Dated: March 14, 2013         TRENK DIPASQUALE DELLA FERRA & SODONO, P.C.

                              /s/ Marc Derewetzky
                              Marc J. Derewetzky
                              Attorney for Defendant/Counter-Claimant,
                              HABITAT CONSTRUCTION, INC.

## ORDER

Pursuant to the Parties' stipulation, the Status (Pretrial Scheduling) Conference, currently set for March 25, 2013, is continued to June 10, 2013, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

**Date:  3/15/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge